UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRITTNEE WILSEY,<br><br>                    Plaintiff,<br><br>   v.<br><br>CREDIT ONE FINANCIAL a/k/a CREDIT ONE BANK, N.A., TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC,<br><br>                    Defendants. | NO: 2:14-CV-0287-TOR<br><br>ORDER DISMISSING DEFENDANT CREDIT ONE FINANCIAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Dismiss Credit One Financial a/k/a Credit One Bank, With Prejudice (ECF No. 20). Defendant Credit One Financial has not yet filed an answer or motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant Credit One Financial is dismissed from the case with prejudice and without an award of costs or attorney's fees to either party.

ORDER DISMISSING DEFENDANT CREDIT ONE FINANCIAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss Credit One a/k/a Credit One Bank, With Prejudice (ECF No. 20) is **GRANTED**.

2. All claims against Defendant Credit One Financial a/k/a Credit One Bank, N.A., are dismissed with prejudice and without fees or costs to any party.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, and terminate Defendant Credit One Financial.

**DATED** April 30, 2015.

THOMAS O. RICE
United States District Judge