UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRITTNEE WILSEY,<br><br>                    Plaintiff,<br><br>     v.<br><br>CREDIT ONE FINANCIAL a/k/a<br>CREDIT ONE BANK, N.A., TRANS<br>UNION LLC, and<br>EQUIFAX INFORMATION<br>SERVICES LLC,<br><br>                    Defendants. | NO:  2:14-CV-0287-TOR<br><br>ORDER DISMISSING DEFENDANT<br>EQUIFAX INFORMATION<br>SERVICES LLC WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Dismiss with Prejudice (ECF No. 22).  Plaintiff's claims against Defendants Credit One Financial and Trans Union LLC have already been dismissed with prejudice and those parties terminated from this matter.  ECF Nos. 17; 21.  Plaintiff and Defendant Equifax Information Services LLC now stipulate to the dismissal with prejudice of all

ORDER DISMISSING DEFENDANT EQUIFAX ~ 1

remaining claims against Defendant Equifax Information Services LLC.  ECF No. 22.

Pursuant to the stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Defendant Equifax Information Services LLC are dismissed with prejudice and without an award of costs or fees to either party.

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss with Prejudice (ECF No. 22) is **GRANTED**.

2. All claims against Defendant Equifax Information Services LLC are dismissed with prejudice and without fees or costs to any party.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel and **CLOSE** the file.

**DATED** August 19, 2015.

THOMAS O. RICE
United States District Judge

ORDER DISMISSING DEFENDANT EQUIFAX ~ 2